An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BENJARDI BATUCAN VIRAY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA; AND
DWIGHT NEVEN, WARDEN,
Real Parties in Interest.

No. 62604

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for an extraordinary writ. Petitioner seeks an order stating whether appellate counsel's errors provide good cause to excuse the procedural bars pursuant to Martinez v. Ryan, 566 U.S. ___, 132 S. Ct. 1309 (2012). We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07764

the district court in the first instance.[1]  NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                Saitta

cc:     Benjardi Batucan Viray
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.